## J. M. ARNOLD *v.* THE STATE.

RECOGNIZANCE. — An appeal-bond will not subserve the purposes of a recognizance for an appeal.

APPEAL from the County Court of Trinity. Tried below before the Hon. J. E. B. LAIRD, County Judge.

No brief for the appellant.

*George McCormick*, Assistant Attorney General, for the State.

WHITE, J. Appellant was indicted, tried, and convicted for an aggravated assault, and his punishment assessed at a fine of $200. He made a motion for a new trial, which was overruled, and he gave notice of appeal. Instead of entering into a recognizance as the law requires (Pasc. Dig., arts. 3186, 6599, 6600), he made, executed, and signed an appeal-bond with securities, which bond was approved by the clerk.

The assistant attorney general moves to dismiss the appeal for want of a recognizance. The case of *Jones* v. *The State*, 1 Texas Ct. App. 485, is conclusive of the question.

The motion is granted, and the appeal is dismissed.

*Dismissed.*